IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-309-SLR |
| | ) |
| APPLE INC., BMW OF NORTH AMERICA, LLC, GOOGLE, INC., MAPQUEST, INC., MIO TECHNOLOGY USA, TOM TOM, INC., TELENAV, INC., BLUSENS TECHNOLOGY S.C., NDRIVE, INC., NAVMAN WIRELESS HOLDINGS, LP, MICROSOFT CORP., and SAMSUNG ELECTRONICS USA, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Larry L. Shatzer, Stefani E. Shanberg, Veronica S. Ascarrunz, and Constance J. Choi of the law firm of Wilson Sonsini Goodrich & Rosati to represent Defendant, TeleNav, Inc. in this matter.

/s/ *John W. Shaw*
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Defendant TeleNav, Inc.*

Dated: May 10, 2011

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____          _____
                                       United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Tennessee and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 9, 2011

Signed: _____
Larry L. Shatzer, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
lshatzer@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 0, 2011            Signed: _____
                                      Stefani E Shanberg, Esq.
                                      Wilson Sonsini Goodrich & Rosati
                                      650 Page Mill Road
                                      Palo Alto, CA 94304
                                      sshanberg@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 10, 2011  Signed: _____
  Veronica S. Ascarrunz, Esq.
  Wilson Sonsini Goodrich & Rosati
  650 Page Mill Road
  Palo Alto, CA 94304
  vascarrunz@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 9, 2011               Signed: _____
                                 Constance J. Choi, Esq.
                                 Wilson Sonsini Goodrich & Rosati
                                 650 Page Mill Road
                                 Palo Alto, CA 94304
                                 cchoi@wsgr.com

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on May 10, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> Bayard, P.A.
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899
> *rkirk@bayardlaw.com*
> *sbrauerman@bayardlaw.com*
> *Attorneys for Plaintiff Walker Digital LLC*
>
> Richard L. Horowitz
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Hercules Plaza, 6th Floor
> P.O. Box 951
> Wilmington, DE 19899
> rhorowitz@potteranderson.com
> *Attorney for Defendant Google Inc.*
>
> Francis DiGiovanni
> Chad S.C. Stover
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> fdigiovanni@cblh.com
> cstover@cblh.com
> *Attorneys for Defendant Samsung Electronics USA Inc.*

I further certify that on May 10, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following in the manner indicated:

**E-MAIL**

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*rkirk@bayardlaw.com*
*sbrauerman@bayardlaw.com*
*Attorneys for Plaintiff Walker Digital LLC*

Richard L. Horowitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
rhorowitz@potteranderson.com
*Attorney for Defendant Google Inc.*

Francis DiGiovanni
Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
fdigiovanni@cblh.com
cstover@cblh.com
*Attorneys for Defendant Samsung Electronics USA Inc.*

                YOUNG CONAWAY STARGATT
                        & TAYLOR, LLP

                  */s/ John W. Shaw*
                  John W. Shaw (No. 3362)
                  Pilar G. Kraman (No. 5199)
                  The Brandywine Building
                  1000 West Street, 17th Floor
                  Wilmington, DE 19899-0391
                  jshaw@ycst.com
                  pkraman@ycst.com
                  *Attorneys for Defendant Telenav, Inc.*