IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOGLE, INC., *et al.*, ) <br> ) <br> Defendants. ) | C.A. No. 11-309-SLR <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT GOOGLE INC.'S NOTICE OF SUBSEQUENT AUTHORITY IN
SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY OF U.S. PATENT NO. 6,199,014**

Pursuant to D. Del. L.R. 7.1.2(b), Defendant Google Inc. ("Google") submits this Notice of Subsequent Authority in Support of the Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,199,014 (D.I. 302), which is pending. One of the issues raised in Google's motion is the obviousness of the asserted claims of U.S. Patent No. 6,199,014 (the "'014 Patent") based on the combinations of U.S. Patent No. 5,559,707 ("Delorme '707") with U.S. Patent No. 6,282,362 ("Murphy") and Delorme '707 with U.S. Patent No. 6,195,122 ("Vincent").

On July 23, 2013, the United States Patent and Trademark Office ("PTO") issued a Right of Appeal Notice ("RAN," attached as Exhibit A), making final the PTO's decision that rejected every claim of the '014 Patent. In the Final Office Action, the Action Closing Prosecution, and now the RAN, the PTO has rejected every claim under six separate obviousness combinations, including DeLorme '707 combined with Murphy and DeLorme '707 combined with Vincent.

Walker Digital opposes Google's motion for summary judgment of invalidity by arguing, among other things, (1) that there is insufficient reason to combine Delorme '707 with Murphy and Delorme '707 with Vincent and (2) that those combinations constitute impermissible hindsight. (*See, e.g.*, D.I. 320 at 11-13; D.I. 342 at 9.) The PTO considered both arguments in

the RAN. The PTO rejected the first argument and found sufficient the same reason for combining as one of the reasons Google presented in the motion for summary judgment of invalidity, which was that the combination would be of prior art elements according to known methods to yield predictable results. (Ex. A at 62:12-16 (Delorme '707/Murphy) and 65:20-27 (Delorme '707/Vincent). The PTO also rejected the second argument and found that the combinations of Delorme '707 with Murphy and Delorme '707 with Vincent did not constitute impermissible hindsight. (*Id.* at 62:17-23 (Delorme '707/Murphy) and 56:1-7 (Delorme '707/Vincent).)

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Darin Snyder<br>Luann Simmons<br>David Almeling<br>Elizabeth Offen-Brown<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111<br>Tel:  (415) 984-8700 | By:  /s/ Bindu A. Palapura<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com |
| Mishima Alam<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA  94025<br>Tel:  (650) 473-2600 | dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendant Google Inc* |

Dated: July 25, 2013
1116495 / 36778

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Bindu A. Palapura, hereby certify that on July 25, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 25, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Vanessa R. Tiradentes<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>*Attorneys for Plaintiff* | Mark C. Nelson<br>Steven M. Geiszler<br>C. Michael Moore<br>Mark J. Ziegelbein<br>Daniel A. Valenzuela<br>Richard D. Salgado<br>Matthew P. Harper<br>Dentons US LLC<br>2000 McKinney Ave., Suite 1900<br>Dallas, TX  75201-1858<br>Mark.nelson@dentons.com<br>steven.geiszler@dentons.com<br>mike.moore@dentons.com<br>mark.ziegelbein@dentons.com<br>Daniel.valenzuela@dentons.com<br>richard.salgado@dentons.com<br>matthew.harper@dentons.com<br>*Attorneys for Plaintiff* |

By:   */s/ Bindu A. Palapura*
        Richard L. Horwitz
        David E. Moore
        Bindu A. Palapura
        POTTER ANDERSON & CORROON LLP
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com
        bpalapura@potteranderson.com

1011495/36778/36793