# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WALKER DIGITAL, LLC,**<br><br>      Plaintiff,<br><br>  v.<br><br>**GOOGLE INC. ET AL.,**<br><br>      Defendants. | Civil Action No. 11-309-SLR |

## STIPULATED MOTION TO STAY

Plaintiff Walker Digital, LLC ("Walker Digital") and Defendants Google Inc. and Samsung Telecommunications America LLC ("Defendants") having met, conferred and reached agreement, hereby STIPULATE as follows:

1. That the entirety of this case be stayed and all remaining deadlines of the Scheduling Order, including Trial, be vacated pending a decision on the merits by the Patent Trial and Appeal Board (formerly the Board of Patent Appeals and Interferences) in the *inter partes* reexamination of U.S. Patent No. 6,199,014 or an agreement by the parties otherwise;

2. In the event that the Board rules in favor of Walker Digital, that Defendants are not precluded from arguing to the Court at that time that the case should remain stayed pending an appeal at the Federal Circuit; and, if the stay is lifted, that Defendants are not precluded from asserting at trial prior art considered by the PTO during reexamination unless a reexamination certificate has since issued; and

3. That each party waives and releases any and all rights to seek attorneys' fees and/or costs incurred on or before July 25, 2013, in relation to this litigation or said *inter parties* reexamination, including but not limited to motions under 35 U.S.C. § 285.

August 14, 2013

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Richard D. Kirk* | /s/ *Richard L. Horwitz* |
| Richard D. Kirk (rk0922) | Richard L. Horwitz (rh2246) |
| Stephen B. Brauerman (sb4952) | David E. Moore (dm3983) |
| 222 Delaware Avenue, Suite 900 | Hercules Plaza, 6th Floor |
| P.O. Box 25130 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 984-6000 |
| rkirk@bayardlaw.com | rhorwitz@potteranderson.com |
| sbrauerman@bayardlaw.com | dmoore@potteranderson.com |
| Attorneys for plaintiff, | Attorneys for Defendants, Google Inc. |
| Walker Digital, LLC. | and Samsung Telecommunications America LLC |

IT IS SO ORDERED THIS ___ day of August, 2013.

_____
The Honorable Sue L. Robinson
United States District Judge